

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-20-00097-CV

Yvonne **JACQUEZ** and the Estate of Victor Jacquez,
Appellants

v.

**VHS SAN ANTONIO PARTNERS, LLC**, and Tenet Healthcare Corporation,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04112
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Because the notice of appeal did not show it was served on each court reporter responsible for preparing the reporter's record, *contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a), on March 10, 2020, we ordered Appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s).

Appellant timely complied; our March 10, 2020 order is SATISFIED.

The reporter's record is due on April 1, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court